FILED
CLERK

11/16/2017 3:13 pm

For Online Publication Only
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SEAN M. HUDSON,

        Petitioner,

  -against-                                    **ORDER**
                                              16-CV-5895 (JMA)

STATE OF NEW YORK,

        Respondent.
-------------------------------------------------------------X

**AZRACK, United States District Judge:**

        This action was filed on October 21, 2016 and was previously before Judge Feuerstein. On June 6, 2017, the Court issued an order stating that it appeared that pro se petitioner had not exhausted all of his claims in state court and directing petitioner to show cause by July 5, 2017 as to why his petition should not be dismissed as unexhausted. Plaintiff failed to comply with this order.

        A district court shall not review a habeas petition unless "the applicant has exhausted the remedies available in the courts of the State." 28 U.S.C. § 2254(b)(1)(A). The exhaustion requirement aims to ensure that a state court has the "opportunity to pass upon and correct alleged violations of its prisoners' federal rights." Jackson v. Edwards, 404 F.3d 612, 619 (2d Cir. 2005) (quoting Picard v. Connor, 404 U.S. 270, 275 (1971)). To satisfy the exhaustion requirement, the petitioner must fairly present his federal claim to the highest state court from which a decision can be rendered. Daye v. Att'y Gen. of N.Y., 696 F.2d 186, 190 n.3 (2d Cir. 1982) (en banc). Petitioner has not established that he has exhausted his state law remedies with respect to his convictions.

        Accordingly, this action is dismissed, without prejudice. The Clerk of Court is directed

2

to close this case and mail a copy of this Order to the pro se petitioner. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

**SO ORDERED.**

Date:   November 16, 2017
        Central Islip, New York

                                                                              /s/(JMA)
                                                             Joan M. Azrack
                                                             United States District Judge